IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Real property at 3545 Sharon Road, Charlotte, Mecklenburg County, North Carolina, more particularly described in a deed to Richard C. Siskey and wife, Diane Siskey, recorded at Mecklenburg County Register of Deeds Book 10593, Pages 515-517, such description subsequently modified by a sale of a tract per a deed at Book 25225, Page 798, resulting in a legal description of property subject to forfeiture as "BEING all of Tracts G, H, and J of PROVIDENCE CORPORATION PROPERTY as shown on a map thereof as recorded in Map Book 6 at Page 725 in the Mecklenburg County Public Registry." | CASE NO. 3:16mc232<br><br>**ORDER AND LIS PENDENS**<br>**FILED**<br>**CHARLOTTE, NC**<br><br>DEC 21 2016<br><br>**US District Court**<br>**Western District of NC** |

**File in Grantor Index under RICHARD C. SISKEY.**

WHEREAS, the United States of America, by and through Federal Bureau of Investigation Special Agent Timothy Stutheit, has presented an Affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds of violations of 18 U.S.C. § 1341 and 1343, and property involved in one or more transactions in violation of 18 U.S.C. § 1957;

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds of violations of 18 U.S.C. § 1341 and 1343, and property involved in one or more transactions in violation of 18 U.S.C. § 1957;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c), and

the Government is entitled to record an Order and Lis Pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil *in rem* action before this Court, and any person who has a question as to this action should contact:

> United States Attorney for the Western District of North Carolina
> Attn: Benjamin Bain-Creed
> 227 West Trade Street, Suite 1650
> Charlotte, NC 28202
> (704) 344-6222

This the 21 day of December, 2016.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE


**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**