# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-MC-00232-MOC-DSC

| | |
|---|---|
| In re: )<br>3545 Sharon Road, Charlotte, North )<br>Carolina, )<br> )<br>In re: )<br>Richard C. Siskey )<br> )<br>    Petitioner USA. ) | **ORDER** |

On January 10, 2017, The Charlotte Observer Publishing Company d/b/a *The Charlotte Observer* ("*The Charlotte Observer*") filed its Motion to Intervene and Motion to Unseal Court Records in this action (Doc. 8) seeking an order unsealing and providing public access to:

    1.    The "Sealed Document: Unredacted Affidavit by USA" filed December 21, 2016 (Doc. No. 5);

    2.    The "Sealed Document: Redacted Affidavit by USA" filed December 21, 2016 (Doc. No. 4);

    3.    The "Sealed Motion to Seal Affidavits, Motion to Seal and Order to Seal" filed December 21, 2016 (Doc. No. 2); and

    4.    The "Order Granting Sealed Motion to Seal Affidavits, Motion to Seal and Order to Seal" filed December 21, 2016 (Doc. No. 3), as well as any other judicial records which have been filed under seal in connection with this matter or otherwise related to Richard C. Siskey and/or 3545 Sharon Road, Charlotte, North Carolina.

On January 12, 2017, the United States of America, by and through Jill Westmoreland Rose, filed its Response to Motion to Unseal Court Records (Doc. No. 10) declaring that the United States does not oppose the unsealing of the Motion to Seal, the Order and the redacted Affidavit (Docs. No. 2, 3 and 4) because there is no longer a need to protect the confidentiality of an ongoing criminal investigation of Richard C. Siskey. The United States does object to the unsealing of the

unredacted Affidavit (Doc. No. 5) based on statutory confidentiality requirements pursuant to 26 U.S.C. §6103(i)(4).

Counsel for *The Charlotte Observer* and counsel for the United States have informed the Court that, in an effort to further judicial economy: (1) that they have consulted, (2) that *The Charlotte Observer* requests that the Court enter an order unsealing Documents 2, 3 and 4, and (3) that the United States does not object to the entry of such an order. Upon review of those unsealed documents, *The Charlotte Observer* will determine whether it wishes to pursue its Motion to Unseal any remaining documents it has requested be unsealed.

Based upon the request of *The Charlotte Observer* and the absence of any objection by the United States, as herein noted, **IT IS THERFORE ORDERED** that *The Charlotte Observer's* Motion to Intervene and Motion to Unseal Court Records is GRANTED as to the Motion to Intervene for the limited purpose of seeking the unsealing of certain records in this proceeding, and is further GRANTED as to the unsealing of Documents 2, 3 and 4. The Court directs that the Clerk of Court for the Western District of North Carolina unseal these three documents and make them available for public access.

**SO ORDERED**.

Signed: January 13, 2017

David S. Cayer
United States Magistrate Judge