IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:16-MC-232-MOC-DSC |
| Real property at 3545 Sharon Road, | ) | |
| Charlotte, Mecklenburg County, North | ) | |
| Carolina, more particularly described in a | ) | **ORDER RELEASING** |
| deed to Richard C. Siskey and wife, Diane | ) | **ORDER AND LIS PENDENS** |
| Siskey, recorded at Mecklenburg County | ) | |
| Register of Deeds Book 10593, Pages 515- | ) | |
| 517, such description subsequently | ) | |
| modified by a sale of a tract per a deed at | ) | |
| Book 25225, Page 798, resulting in a legal | ) | |
| description of property subject to forfeiture | ) | |
| as "BEING all of Tracts G, H, and J of | ) | |
| PROVIDENCE CORPORATION | ) | |
| PROPERTY as shown on a map thereof as | ) | |
| recorded in Map Book 6 at Page 725 in the | ) | |
| Mecklenburg County Public Registry." | ) | |

**File in Grantor Index under RICHARD C. SISKEY**.

　　　WHEREAS, the United States of America, by and through Federal Bureau of Investigation Special Agent Timothy Stutheit, previously presented an Affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds of violations of 18 U.S.C. § 1341 and 1343, and property involved in one or more transactions in violation of 18 U.S.C. § 1957, and is therefore subject to forfeiture;

　　　WHEREAS, the Court, having reviewed the Affidavit, found that there was probable cause for the alleged violations and probable cause that the above-captioned property was subject to forfeiture, and issued an Order and Lis Pendens on the property;

　　　WHEREAS, the United States advises that there is now a Bankruptcy Trustee in place, subject to the oversight of the Bankruptcy Court, who is monitoring a sale of the property and appropriate disposition of the proceeds, and that the sale is arm's length and for fair market value. Therefore, the United States requests release of the Order and Lis Pendens;

　　　THEREFORE, the Order and Lis Pendens is hereby RELEASED and the United States is directed forthwith to file this Order Releasing Order and Lis Pendens with the appropriate state or local public depository and/or forward a copy to the attorney overseeing the sale closing.

1

**SO ORDERED**.

Signed: August 8, 2017

David S. Cayer
United States Magistrate Judge